# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 30, 2026

The Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    **United States v. Gilbert Melendez**, 26 MAG 966 (UA)

Dear Judge Wang:

I write, with the Government's consent, to respectfully request that the Court modify Mr. Melendez's bail conditions to extend the deadline for securing bond co-signers to Friday, April 3, 2026.

On March 23, 2026, Mr. Melendez appeared before the Honorable Jennifer E. Willis, on a Rule 5(c)(3) affidavit. Judge Willis set bail conditions requiring a $10,000 personal recognizance bond co-signed by two financially responsible persons ("FRP"), one of whom must also sign for moral suasion. The deadline for securing the bond is today's date, March 30, 2026. Isaiah Melendez — Mr. Melendez's son — has already been sworn to the bond as an FRP, a moral suasion signatory, and Third Party Custodian. Judge Willis further ordered Mr. Melendez to appear in the District of Colombia Superior Court no later than April 6, 2026. Mr. Melendez plans to appear on Thursday, April 1, 2026, accompanied by his son Isaiah.

A brief extension is sought to allow additional time to identify and secure the required second co-signer.

Respectfully submitted,

/s/ *Amy Gallicchio*

_____

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell:    (917) 612-3274

cc:    AUSA Rita Maxwell

Approved. 
March 30, 2026